This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**MONTY GALLEGOS,**

Plaintiff-Appellee,

**v.**                                                              **No. 32,382**

**MICHELLE LUCERO,**

Defendant-Appellant,

**and**

**NEVADA GENERAL INSURANCE CO.,**

Defendant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Clay Campbell, District Judge**


The Vargas Law Firm LLC
Ray M. Vargas II
Albuquerque, NM

Law Office of Geoffrey R. Romero
Geoffrey R. Romero
Albuquerque, NM

for Appellee

Law Office of Rachel M. Reinsvold
Rachel M. Reinsvold
Albuquerque, NM

for Appellant

Rugge & Associates, PC
Dale Rugge
Albuquerque, NM

for Defendant

**MEMORANDUM OPINION**

**SUTIN, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

AFFIRMED.

**IT IS SO ORDERED.**

_____
**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____
**MICHAEL D. BUSTAMANTE, Judge**

2

_____

**LINDA M. VANZI, Judge**